

# In the Missouri Court of Appeals
## Eastern District

JUNE 16, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED100918    STEPHANIE BROWN, APP V US BANK NA, ET AL, RES

2.  ED100971 STATE OF MISSOURI, RES V DELAUNTE BOZEMAN, APP

3.  ED101296 ERIC OTIS, APP V STATE OF MISSOURI, RES

4.  ED101402 SCOTT WILLIAMS, JR., APP V STATE OF MISSOURI, RES

5.  ED101403 JASON A. PARRENT, APP V STATE OF MISSOURI, RES

6.  ED101426 STATE OF MISSOURI, RES V DAVID L. MARTIN, APP

7.  ED101678 CURTIS E. SELVEY JR., APP V STATE OF MISSOURI RES

8.  ED101849 LAWRENCE MADISON, APP V STATE OF MISSOURI, RES

9.  ED101853 VIRGIL A. STALLONE, APP V STATE OF MISSOURI, RES

10. ED102285 IN THE INTEREST OF:  R.A.L